YAKOV RUDIKH, ESQ
RUDIKH AND ASSOCIATES
14 WOODWARD DRIVE
OLD BRIDGE, NJ  08857

Re:   DANIEL RIVERA-PEREZ
      406 W HAZELWOOD AVE
      RAHWAY,  NJ  07065

Atty:   YAKOV RUDIKH, ESQ
        RUDIKH AND ASSOCIATES
        14 WOODWARD DRIVE
        OLD BRIDGE, NJ  08857

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 23-19171

## RECEIPTS AS OF 01/01/2024          (Please Read Across)

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 0.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE NA | UNSECURED | 2,963.82 | 0.00% | 0.00 | 0.00 |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 24,849.58 | 0.00% | 0.00 | 0.00 |
| 0003 | ILA LOCAL 1235 FED CR | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | MIDLAND FUNDING/MIDLAND CREDIT M | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | OLIPHANT FINANCIAL LLC | UNSECURED | 16,238.03 | 0.00% | 0.00 | 0.00 |
| 0012 | PNC BANK NATIONAL ASSOCIATION | (NEW) Prepetition / | 133.69 | 100.00% | 0.00 | 0.00 |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,503.31 | 0.00% | 0.00 | 0.00 |
| 0019 | VELOCITY INVESTMENTS LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,412.88 | 0.00% | 0.00 | 0.00 |
| 0022 | MIDLAND FUNDING/MIDLAND CREDIT M | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,872.32 | 0.00% | 0.00 | 0.00 |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,250.42 | 0.00% | 0.00 | 0.00 |
| 0025 | UNITED STATES TREASURY/IRS | PRIORITY | 14,642.91 | 100.00% | 0.00 | 0.00 |
| 0026 | UNITED STATES TREASURY/IRS | UNSECURED | 1,738.00 | 0.00% | 0.00 | 0.00 |
| 0027 | QUANTUM3 GROUP LLC | UNSECURED | 5,826.78 | 0.00% | 0.00 | 0.00 |
| 0028 | STATE OF NJ | PRIORITY | 8,000.02 | 100.00% | 0.00 | 0.00 |
| 0029 | STATE OF NJ | SECURED | 3,509.04 | 100.00% | 0.00 | 0.00 |
| 0030 | STATE OF NJ | UNSECURED | 759.83 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $0.00**
See Summary

**Chapter 13 Case # 23-19171**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $0.00           -      Paid to Claims: $0.00           -      Admin Costs Paid: $0.00      =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.