Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−19171−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Rivera−Perez
   406 W Hazelwood Ave
   Rahway, NJ 07065

Social Security No.:
   xxx−xx−6081

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/19/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: January 19, 2024
JAN: omf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-19171-RG |
| Daniel Rivera-Perez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 19, 2024 | Form ID: 148 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Rivera-Perez, 406 W Hazelwood Ave, Rahway, NJ 07065-3106 |
| 520054550 | + | Law Offices of Steven Cohen, LLC, 540 E 180th St. Ste 203, Bronx, NY 10457-3322 |
| 520054553 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 520054554 | ++ | OLIPHANT USA LLC, ATTN OLIPHANT FINANCIAL LLC, 1800 2ND ST SUITE 603, SARASOTA FL 34236-5990 address filed with court:, Oliphant Usa, Attn: Bankruptcy, 1800 2nd St, Ste 603, Sarasota, FL 34236 |
| 520054558 | + | Stephen Einstein and Associates, P.C., 39 Broadway Suite 1250, New York, NY 10006-3089 |
| 520054559 | + | Union County Law Division, 2 Broad St. Floor 3, Elizabeth, NJ 07201-2202 |
| 520054560 | + | Union County Special Civil Part, 2 Broad St. Floor 3, Elizabeth, NJ 07201-2202 |
| 520054561 | | Velocity Investments LLC, 1800 NJ-34 #404A, Wall Township, NJ 07719 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: BASSASSOC.COM | Jan 20 2024 01:58:00 | Oliphant Financial, LLC, Bass & Associates P.C., 3936 E. Ft. Lowell Rd., Ste. 200, Tuczon, AZ 85712-1083 |
| 520054544 | + | EDI: CAPITALONE.COM | Jan 20 2024 01:58:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520067600 | + | EDI: AIS.COM | Jan 20 2024 01:58:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520054545 | + | Email/Text: bankruptcies@crownasset.com | Jan 19 2024 21:11:00 | Crown Asset Management LLC, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 520054548 | | EDI: IRS.COM | Jan 20 2024 01:58:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 520054550 | + | Email/Text: kcohen@stevencohenlaw.com | Jan 19 2024 21:11:00 | Law Offices of Steven Cohen, LLC, 540 E 180th St. Ste 203, Bronx, NY 10457-3322 |
| 520054551 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2024 21:12:00 | Midland Credit Management, Inc., PO Box 2121, Warren, MI 48090-2121 |
| 520054552 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2024 21:12:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520054554 | | Email/Text: bankruptcy@oliphantfinancial.com | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 19 2024 21:11:00 | Oliphant Usa, Attn: Bankruptcy, 1800 2nd St, Ste 603, Sarasota, FL 34236 |
| 520103260 | + | EDI: BASSASSOC.COM | Jan 20 2024 01:58:00 | Oliphant Financial, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 520106807 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2024 21:09:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg OH 45342 |
| 520054555 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2024 21:09:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520054556 | | EDI: PRA.COM | Jan 20 2024 01:58:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520119208 | | EDI: PRA.COM | Jan 20 2024 01:58:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 520117413 | | EDI: PRA.COM | Jan 20 2024 01:58:00 | Portfolio Recovery Associates, LLC, c/o Ebay, POB 41067, Norfolk VA 23541 |
| 520117409 | | EDI: PRA.COM | Jan 20 2024 01:58:00 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 520054557 | | Email/Text: signed.order@pfwattorneys.com | Jan 19 2024 21:10:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054 |
| 520120524 | | EDI: Q3G.COM | Jan 20 2024 01:58:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520107999 | | EDI: Q3G.COM | Jan 20 2024 01:58:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520128376 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 19 2024 21:10:00 | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520054549 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 520054547 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520107885 | *+ | Oliphant Financial, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 520054546 | ##+ | Ila Local 1235 Fed Cr, 201 Chestnut St Ste 2, Newark, NJ 07105-1771 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024            Signature:        /s/Gustava Winters

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 148 | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Daniel Rivera-Perez rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 4